U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2021 JUL -1 P 12: 27
CLERK OF COURT

UNITED STATES
EASTERN DISTRICT
Court of WISCONSIN
Court of MILWAUKEE Wisc.

ANDREA DAWSON
PLAINTIFF

CASE 21-C-0809

VS

CITY of MILWAUKEE
CONTINENTAL CASUALTY Insurance Company

MOTION for A 42 § 1983 CASE And United STATES CONSTITUTIONAL VIOLATIONS of 5-8-9-14 Amendments

The Plaintiff one MS A. DAWSON Now Comes before The Court And your honor To Bring this case forward And show Defendants knew of her Injury But Refused her help

(I) WE CAN Show Without A Benefit of Doubt That Above Defendants Violated MS DAWSON'S AMENDMENTS And CIVIL Rights Due to her Being A WOMEN of COlOR And Being A Plaintiff that City Employess That WERE disgruntal Employees with MS DAWSON

## II

MS DAWSONS FINGERS WERE SMASHED AND WAS DONE BY A CITY EMPLOYEE ON CITY PROPERTY AND THIS WAS DONE BY AN EMPLOYEES ENCROACHMENT

## III

MS DAWSON WAS HURT BY A CITY EMPLOYEE WHO DID NOT LOOK OUT FOR HER OR HER WELL BEING AND DIDNT GIVE HER PROPER MEDICAL CARE THERE WAS BLOOD SPLATTERED ALL OVER THE WALLS AND THE PLAINTIFF WAS NOT SENT OUT TO SAID HOSPITAL DUE TO HER BEING IN COUNTY JAIL

## IV

MS DAWSON WAS NEVER SENT TO HOSPITAL AS STATED ABOVE BECAUSE THE EMPLOYEE DIDNT WONT IT TO BE KNOWN SHE WAS HURT ON CITY PROPERTY AND HER HAND WAS THEN FINALLY X RAYED IT SHOWED 2 BROKEN FINGERS AND THEN THEY TRAINSFERD TO THE MENTAL UNIT INSTEAD OF GETTING PROPER CARE THIS PLAINTIFF UPON BEING TRAINSFERED WAS NOT ALLOWED TO MAKE PHONE CALLS TO FAMILY OR FRIENDS TO TELL THEM TO HIRE LEGAL COUNSEL OR WHAT DID HAPPEN TO HER

## V

WE CAN SHOW WITHOUT A SHADOW OF A DOUBT THAT MS DAWSON WAS HURT ON CITY PROPERTY BY CITY EMPLOYEES AND THE CITY IS AWARE OF THIS BUT HAS BEEN TRYING TO HIDE IT

The Violations of The United States Constitution

I the 5th Amendment = No Person Shall Be deprived of Life, Liberty, or Property without Due Process of the Law without the Just Compensation And Due Process of the Law

Ms Dawson was violated of her property which is her hands when her fingers was smashed in the door of the Jail Cell by that Milw City Employee the city of Milw Becomes the Liable factor In This Case by bring this case Against the City of Milw she gets Due Process of the Law

II The 8th Amendment = Excessive Bail Shall Not be Required Nor Excessive Fines Imposed Nor Cruel And Unusal Punishments Be Inflicted

Ms Dawson Recived this Cruel And Unusal Punishment This Was Inflicted When She Was Not Taken to the hospital Nor When She Was Not Allowed To Make A Phone Call Then The City Employess Put Her In A Mental Unit Why Because To Punish her for there Actions And Not Allow her proper Care Nor Allow her to Make that phone call for help She Was made to Suffer

III The 9th Amendment = The Certin Rights in the Constution is Life, Liberty, Justice And Property

Ms Dawson is now coming Before The Court Asking for Justice In this case let the City of Milwaukee Be held for what happened to Ms Dawson As this Case Now Comes Before your honor

IV The 14th Amendment = No State shall make of or Enforce Any Law Which Shall Abridge The Privileges or Immunties of the Citizens of the United States Nor Shall Any State deprive Any Person of Life, Liberty, Justice, or Property without Due Process of the Law or deny Any Person Within, its Jurisdiction The Equal Prootection of the Laws.

Ms Dawson was hurt on City Property on this Property By City Employess of her hand her fingers her Property And Liberty to call her family And the Liberty to go to the hospital These Employess were fined But the City was not held Reaspon-Able Not then And Should Be held Reaspondble At this T—

CASE CITINGS
1. DENNISE AROUND VS CITY OF MILW  N96-0377
2. GREGORY CEGIELSKI VS CITY OF MILW  §85-2304
3. LOLA M VS CITY OF MILW  77-315
4. JOYCE SHANNON VS CITY OF MILW  01-1624
5. FRAMER VS BRENNAH  511 US 825, 832 128 L.ed 2d 811 114 S.Ct 1970
6. SANDERS V SPERRY  No 90-0314

RELIEF REQUESTED
(I) for MEDICAL, MENTAL HEAH, PAIN AND SUFFERING The sum of 2.5 million

(II) for the forfeiture clause of this proceeding A total sum of 7.5 million

CONCLUSION
for these REASONS STATED IN this MOTION for the damages that was inflicted on the Plaintiff not only physically but also emotionally where she has to recive consulting service weekly this Court should grant this motion that is set before it for the settlement for the Plaintiff against the City of MILWAUKEE

Respectfully Submitted

Andrea Dawson
#232603
Po Box 3100
751 CTHK
Fonddulac, WI
54936-3100

P.S. Release Date: 09-14-2021

Please send any documents to address

3515 N. 40th Street

Milwaukee, WI. 53216

(414) 322-4260

Ms. Andrea J. Dawson

Dear Clerk of Court of the

Eastern District Court of Milwaukee
WI

Please file this paperwork in

the apporate Court Room


Respectfully

Submitted

Ms Andrea Dawson
#232603
PoBox 3100
Fonddulac, WI
54936-3100

P.S.
Release Date: 09-14-2021
Please send any documents to address
3515 N<sup>th</sup> 40th Street, Milwaukee, WI.
53216 (Number) 414 322-4260